UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| CHARMANE HENDERSON, individually and as a successor-in-interest to Decedent DEAUTRY CHARLES ROSS,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF TORRANCE, a municipal corporation; BRIAN MCGEE, individually and in his official capacity as a police officer for the Torrance Police Department; and DOES 1-10, inclusive, individually and in their official capacity as police officers for the City of Torrance,<br><br>Defendants. | Case No. 2:18-cv-03918-MWF-Ex<br><br>[Hon. Judge Michael W. Fitzgerald; Magistrate Judge Charles F. Eick]<br><br>[~~PROPOSED~~] ORDER RE: STIPULATED PROTECTIVE ORDER<br><br><br>Complaint filed:   05/10/18<br>Trial Date:          N/A |

Having considered the papers, and finding that good cause exists, the parties' Stipulated Protective Order is **granted.**

**IT IS SO ORDERED.**

DATED: 1/16/19

_____
Hon. Charles F. Eick
United States Magistrate Judge

Case No. 2:18-cv-03918-MWF-Ex

[PROPOSED] ORDER RE: STIPULATED PROTECTIVE ORDER