Mildred K. O'Linn, Esq. (State Bar No. 159055)
  mko@manningllp.com
Angela M. Powell, Esq. (State Bar No. 191876)
  amp@manningllp.com
**MANNING & KASS**
**ELLROD, RAMIREZ, TRESTER LLP**
801 S. Figueroa St, 15th Floor
Los Angeles, California 90017-3012
Telephone: (213) 624-6900
Facsimile: (213) 624-6999

Attorneys for Defendants, CITY OF TORRANCE, BRIAN MCGEE, JOSH BURDEN, JOSEPH CRAFT, DANIEL VAZQUEZ, LANCE NELSON and ALEX GONZALES

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| CHARMANE HENDERSON, individually and as a successor-in-interest to Decedent DEAUTRY CHARLES ROSS,<br><br>      Plaintiffs,<br><br>v.<br><br>CITY OF TORRANCE, a municipal corporation; BRIAN MCGEE, individually and in his official capacity as a police officer for the Torrance Police Department; JOSH BURDEN, individually and in his official capacity as a police officer for the Torrance Police Department; JOSEPH CRAFT, individually and in his official capacity as a police officer for the Torrance Police Department; DANIEL VAZQUEZ, individually and in his official capacity as a police officer for the Torrance Police Department; LANCE NELSON, individually and in his official capacity as a police officer for the Torrance Police Department; CHRISTOPHER TOMSIC, individually and in his official capacity as a police officer for the Torrance Police Department; ALEX GONZALES, individually and in his official capacity as a police officer for the Torrance | Case No. 2:18-cv-03918-MWF-Ex<br>*[Hon. Judge Michael W. Fitzgerald; Magistrate Judge Charles F. Eick]*<br><br>**STIPULATION OF THE PARTIES TO DISMISS CASE**<br><br>SAC Filed:    12/19/19<br>Complaint filed:  05/10/18<br>Trial Date:     01/11/22 |

| | |
|---|---|
| 1 | Police Department; and DOES 1-10, inclusive, individually and in their official capacity as police officers for the City of Torrance, |
| 2 | |
| 3 | |
| 4 | Defendants. |

5
6     TO THE HONORABLE COURT AND TO ALL PARTIES AND
7 COUNSEL:
8     PLEASE TAKE NOTICE in accordance with L.R. 16-15.7 and L.R. 40-2 that
9 the parties have reached a settlement of this entire case for a specified amount.
10     The settlement is between the Plaintiff CHARMANE HENDERSON,
11 individually and as a successor-in-interest to Decedent DEAUTRY CHARLES
12 ROSS ("Plaintiff") and Defendants CITY OF TORRANCE, BRIAN MCGEE,
13 JOSH BURDEN, JOSEPH CRAFT, DANIEL VAZQUEZ, LANCE NELSON,
14 CHRISTOPHER TOMSIC and ALEX GONZALES ("Defendants") (collectively,
15 the "Parties"), by and through their attorneys of record,
16     STIPULATION FOR DISMISSAL.
17     1.     Plaintiff hereby stipulates to dismiss with prejudice Defendants, CITY
18 OF TORRANCE, BRIAN MCGEE, JOSH BURDEN, JOSEPH CRAFT, DANIEL
19 VAZQUEZ, LANCE NELSON, CHRISTOPHER TOMSIC and ALEX
20 GONZALES, as defendants and parties to the above-entitled action.  Plaintiff and
21 Defendants shall bear their own costs.
22     2.     [Signature Attestation.]  Pursuant to C.D. Cal. Local Rule 5-
23 4.3.4(a)(2)(i), the undersigned hereby certify that the content of this document is
24 acceptable to all parties listed above, by and through their counsel of record, and
25 that each has obtained authorization from each party's counsel to affix their
26 electronic signatures to this document.
27     The parties request that all dates, deadlines and hearings be vacated.
28

IT IS SO STIPULATED.

DATED: August 2, 2021     **LAW OFFICES OF JOHN L. BURRIS**

By:    */s/ DeWitt M. Lacy*
John L. Burris
DeWitt M. Lacy
Attorney for Plaintiff, Charmane Henderson, individually and as a successor-in-interest to Decedent Deautry Charles Ross

DATED: August 2, 2021     **SMITH LAW OFFICES, LLP**

By:    */s/ Douglas C. Smith*
Douglas C. Smith
Jonathan J. Grisham
Anita Kay Clarke
Attorney for Defendant, Christopher Tomsic

DATED: August 2, 2021     **MANNING & KASS**
**ELLROD, RAMIREZ, TRESTER LLP**

By:    */s/ Angela M. Powell*
Mildred K. O'Linn
Angela M. Powell
Attorneys for Defendants, CITY OF TORRANCE, BRIAN MCGEE, JOSH BURDEN, JOSEPH CRAFT, DANIEL VAZQUEZ, LANCE NELSON and ALEX GONZALES