JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| CHARMANE HENDERSON, individually and as a successor-in-interest to Decedent DEAUTRY CHARLES ROSS,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>CITY OF TORRANCE, a municipal corporation; BRIAN MCGEE, individually and in his official capacity as a police officer for the Torrance Police Department; JOSH BURDEN, individually and in his official capacity as a police officer for the Torrance Police Department; JOSEPH CRAFT, individually and in his official capacity as a police officer for the Torrance Police Department; DANIEL VAZQUEZ, individually and in his official capacity as a police officer for the Torrance Police Department; LANCE NELSON, individually and in his official capacity as a police officer for the Torrance Police Department; CHRISTOPHER TOMSIC, individually and in his official capacity as a police officer for the Torrance Police Department; ALEX GONZALES, individually and in his official capacity as a police officer for the Torrance Police Department; and DOES 1-10, inclusive, individually and in their official capacity as police officers for the City of Torrance,<br><br>　　　　Defendants. | Case No. 2:18-cv-03918-MWF-Ex<br>*[Hon. Judge Michael W. Fitzgerald; Magistrate Judge Charles F. Eick]*<br><br>**ORDER ON STIPULATION OF THE PARTIES AND JOINT REQUEST FOR DISMISSAL WITH PREJUDICE AS TO DEFENDANTS**<br><br>SAC Filed:　　12/19/19<br>Complaint filed:　05/10/18<br>Trial Date: |

///

///

PURSUANT TO THE JOINT STIPULATION OF THE PARTIES "Stipulation of the Parties and Joint Request for Dismissal With Prejudice as to Defendants, CITY OF TORRANCE, BRIAN MCGEE, JOSH BURDEN, JOSEPH CRAFT, DANIEL VAZQUEZ, LANCE NELSON, CHRISTOPHER TOMSIC and ALEX GONZALES, and pursuant to the Court's inherent and statutory authority, including but not limited to the Court's authority under the applicable Federal Rules of Civil Procedure and the United States District Court, Central District of California Local Rules; after due consideration of all of the relevant pleadings, papers, and records in this action; and upon such other evidence or argument as was presented to the Court; Good Cause appearing therefor, and in furtherance of the interests of justice:

The Court ORDERS this case dismissed with prejudice as defendants and parties to the above-entitled action. Each party is to bear its own costs.

IT IS SO ORDERED.

Dated: August 3, 2021

_____
MICHAEL W. FITZGERALD
United States District Judge